The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> KATRINA CAZARES, <br><br> Defendant. | NO. CR23-171-RSM-05 <br><br> ORDER GRANTING UNITED STATES' MOTION FOR PERMISSION TO FILE SURREPLY |

The Court, having reviewed the Government's Motion for Permission to file Surreply, and finding good cause, enters the following Order:

IT IS HEREBY ORDERED that the Motion is GRANTED. The Government may file a surreply in response to Defendant's Reply to United States' Opposition to motion to Continue Sentencing (Dkt. 243), no later than April 30, 2025.

DATED this 29th day of April, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Cindy Chang*
CINDY CHANG
Assistant United States Attorney

Order for Surreply - 1
*United States v. Cazares* / CR23-171-RSM-05

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970