UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>KATRINA CAZARES,<br><br>　　　　　　Defendant. | Case No. CR23-171RSM<br><br>ORDER GRANTING MOTION TO CONTINUE SENTENCING |

　　This matter has come before the Court on Katrina Cazares' Motion to Continue Sentencing (Dkt #241) and Supplemental Motion to Continue (Dkt #251). The Court has reviewed the defendant's motions, the government's responses, and all filings related to the motions, as well as the records and files herein.

　　IT IS NOW ORDERED that Defendant's Motion to Continue Sentencing is GRANTED. The sentencing hearing currently set on June 16, 2025, is continued to **September 19, 2025 at 10:00 AM..**

　　DATED this 21st day of May, 2025.

　　　　　　　　　　　　　　　　　　　　[signature]
　　　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER - 1